UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

CASE NO.:   5:16-CV-103-MTT

CYNTHIA GILL,

        Plaintiff,

vs.

RESCARE BEHAVIOR SERVICES, INC.,

        Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, CYNTHIA GILL, through counsel, sues Defendant, RESCARE BEHAVIOR SERVICES, INC., and alleges the following:

1. This is an action for unpaid overtime brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, Et. Seq.

2. Plaintiff resides in Georgia and is a current employee of Defendant.

3. Defendant, RESCARE BEHAVIOR SERVICES, INC., is a foreign for profit corporation engaging in business in this district, is engaged in commerce in the field of home healthcare and at all times material

hereto, was the "Employer" of the Plaintiff as that term is defined under statutes referenced herein.

4. At all times material hereto, Defendant, RESCARE BEHAVIOR SERVICES, INC. along with its employees was engaged in interstate commerce, and had annual gross sales and/or business volume of $500,000 or more.

5. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as a Home Health Care Aide.

6. During part of Plaintiff's employment (specifically from January 1, 2015 to approximately January 1, 2016), Plaintiff worked overtime with Defendant only paying straight time instead of the time and a half overtime premium rate for all hours worked in excess of 40 hours per week.

7. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

8. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## <u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>

9. Plaintiff reavers and realleges the allegations in the preceding paragraphs.

10. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid overtime and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

WHEREFORE, Plaintiff demands judgment in her favor and against Defendant, plus costs and reasonable attorneys' fees, and such other remedy as the Court deems just and appropriate.

Respectfully submitted,

Loren Law Group
100 S. Pine Island Road
Suite 132
Plantation, FL 33324
Phone:          (954)585-4878
Facsimile:      (954)585-4886
E-Mail:         JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Ga Bar No.: 551363